### AUGUST 27, 1997

No. 96–9376. IN RE RODDEN. Petition for writ of mandamus dismissed under this Court's Rule 46.

### AUGUST 29, 1997

No. A–166 (97–5639). CARR v. GEORGIA. Sup. Ct. Ga. Application of respondent to vacate the stay of execution of sentence of death granted by the Superior Court of Monroe County on August 25, 1997, presented to JUSTICE KENNEDY, and by him referred to the Court, denied.

### SEPTEMBER 3, 1997

No. A–98 (97–5250). MILLER v. CORCORAN, WARDEN, ET AL. C. A. 4th Cir. Application for bail, addressed to JUSTICE STEVENS and referred to the Court, denied.